STARR et al. v. SELLECK et al. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Louis M. Starr and others, as executors, against Harriet E. Selleck and others. No opinion. Motion granted. Questions to be certified on settlement of order. Settle order on notice. See, also, 130 N. Y. Supp. 693.

STATE BANK OF MAYVILLE, Respondent, v. HOWARD, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. November 29, 1911.) Action by the State Bank of Mayville against Edward T. Howard, impleaded with another.
PER CURIAM. Judgment reversed, and new trial granted, with costs to appellant to abide event. Held, that the judge, upon the record, struck out all the evidence of the witnesses, which was error. Some of the evidence given by Jennings was clearly competent, and should have been allowed to stand.

STAVSKY, Respondent, v. FREEDMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Aaron Stavsky against Morris J. Freedman and another. H. Blank, for appellants. M. Brown, for respondent. No opinion. Order affirmed, without costs. Order filed.

STEARNS, Appellant, v. TITUS, Respondent, et al. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by George A. Stearns against George F. Titus, impleaded with others. G. A. Stearns, for appellant. C. L. Barber, for respondent. No opinion. Order affirmed, with costs. Order filed. See, also, 119 App. Div. 885, 104 N. Y. Supp. 1148; 120 App. Div. 878, 105 N. Y. Supp. 1144.

STEIN v. HIRSCHHORN. (Supreme Court, Appellate Term. November 10, 1911.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Isaac Stein against Bernard Hirschhorn. Judgment for plaintiff, and defendant appeals. Reversed, and new trial ordered. I. Gainsburg, for appellant. Maurice Neckritz, for respondent.
PER CURIAM. The record in this case discloses that the lower court has misconceived the issue presented and that there is no legal basis for the judgment rendered. Under the facts proved, if the plaintiff was entitled to anything, it would seem that he was entitled to the full amount claimed. A review of the record convinces us that substantial justice to both parties requires a new trial. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event.

STEINHARDT, Appellant, v. DE LACEY, Respondent. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Annie Steinhardt, as executrix, etc., against Peter De Lacey. J. P. Berg, for appellant. H. M. Gescheidt, for respondent. No opinion. Order affirmed with $10 costs and disbursements. Order filed. See, also, 130 N. Y. Supp. 1131.

STEINWENDER et al., Respondents, v. PHILADELPHIA CASUALTY CO., Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Action by Julius Steinwender and others against the Philadelphia Casualty Company. J. H. Benton, for appellant. J. E. Roeser, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 141 App. Div. 432, 126 N. Y. Supp. 271.

STEVENS, Appellant, v. OLUS MFG. CO., Respondent. (Supreme Court, Appellate Division, First Department. November 3, 1911.) Action by William H. Stevens against the Olus Manufacturing Company. A. G. Maul, for appellant. P. W. Russell, for respondent. No opinion. Judgment (72 Misc. Rep. 508, 130 N. Y. Supp. 22) affirmed, with costs, with leave to plaintiff to serve amended complaint on payment of costs in this court and in the court below. Order filed.

STILGER v. BRANTINGHAM. (Supreme Court, Appellate Division, First Department. October 27, 1911.) Action by Anthony E. Stilger against Guy S. Brantingham. W. W. Shaw, for plaintiff. A. Thain, for defendant. No opinion. Exceptions overruled, and motion for new trial denied, with costs, and judgment ordered to be entered upon the verdict, with costs. Settle order on notice.

STREITFELD v. LEVI et al. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Adolph Streitfeld against Charles L. Levi and others. No opinion. Motion to extend time denied, with $10 costs. Settle order on notice. See, also, 130 N. Y. Supp. 1132.

STREITFELD v. LEVI et al. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Adolph Streitfeld against Charles L. Levi and others.
PER CURIAM. Upon defendants paying, within five days after decision of this motion, the $10 costs awarded on the former motion to dismiss and $10 additional costs of this motion, the motion to dismiss appeal will be denied. If these costs are not paid within five days, the motion will be granted, and the appeal dismissed. Settle order on notice. See, also, 130 N. Y. Supp. 1132.

STRIANESE, Respondent, v. BARNARD REALTY CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. December 1, 1911.) Action by William Strianese against the Barnard Realty Company, impleaded with others. T. C. Ennever, for appellant. M.